NO. 07-11-0104-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL 29, 2011

_____

DUTCHER'S AUTO COLLISION REPAIR, LLC, APPELLANT

V.

LUIS AGUILAR, APPELLEE

_____

FROM COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 98,764-2; HONORABLE PAMELA COOK SIRMON, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is *Appellant's Motion to Dismiss Cause of Action* in which Appellant, Dutcher's Auto Collision Repair, LLC, represents it has settled its claims with Appellee, Luis Aguilar. Without passing on the merits of the case, we grant Appellant's motion and dismiss this appeal with prejudice. Tex. R. App. P. 42.1(a)(1). No agreement by the parties on costs having been presented in the motion, costs will be taxed against Appellant. Tex. R. App. P. 42.1(d). Having dismissed the appeal at

Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice